**Electronically Filed
Supreme Court
SCPW-13-0005780
04-FEB-2014
04:15 PM**

SCPW-13-0005780

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

DAVID T. FLEMING, Petitioner,

vs.

STATE OF HAWAI'I, Respondent.

---

ORIGINAL PROCEEDING
(CR. NO. 06-1-0570(1))

ORDER DENYING MOTION FOR CLARIFICATION AND/OR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of petitioner David T. Fleming's "Motion for Clarification and/or Reconsideration of Order Denying Without Prejudice Petition for Writ of Habeas Corpus, Filed January 17, 2014," which was filed on January 27, 2014, the documents attached thereto and submitted in support thereof, and the record,

IT IS HEREBY ORDERED that the motion for clarification and/or reconsideration is denied.

DATED: Honolulu, Hawai'i, February 4, 2014.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

